MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

LAURA VARTAIN HORN (CABN 258485)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6831
    Fax: (415) 436-7234
    Email: Laura.Vartain@usdoj.gov

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 13-0485 CRB |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| FRANCISCO JIMENEZ MACHUCA, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment.

DATED: September 12, 2013                                  Respectfully submitted,

                                                              MELINDA HAAG
                                                              United States Attorney

                                                           _____/s/_____
                                                             J. DOUGLAS WILSON
                                                             Chief, Criminal Division

    Leave is granted to the government to dismiss the indictment.

DATED: September 12, 2013                     _____
                                            THE HONORABLE CHARLES R. BREYER
                                            United States District Judge

NOTICE OF DISMISSAL CR 13-0485